UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

GILBERT BELL FERNANDEZ,
a/ k/ a "Macho Coca,"

Defendant.

25-CR-411 (DEH)

SCHEDULING ORDER

DALE E. HO, United States District Judge:

It is hereby ORDERED that the parties appear for an arraignment and pretrial conference with the Court on August 26, 2026, at 3:45 p.m., in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: August 17, 2026
New York, New York

DALE E. HO
United States District Judge